IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Firehouse Restaurant Group, Inc., a Florida corporation, Three Alarm Subs, Inc., a South Carolina corporation, and Fireside Restaurant Company, Inc., a South Carolina corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Scurmont LLC, d/b/a Calli Baker's Firehouse Bar & Grill, and Heath Scurfield, an individual,<br><br>Defendants. | Civil Action No. 4:09-cv-00618-RBH<br><br>**VERDICT FORM** |

### I. Defendants' Claim of Cancellation of Trademark Based on Fraud on the U.S. Patent & Trademark Office

*Question 1.* Do you find that the Defendants have proved by clear and convincing evidence that Plaintiff Firehouse Restaurant Group, Inc. obtained the registration for the trademark FIREHOUSE, Registration Number 3,173,030, through fraud on the U.S. Patent & Trademark Office?

*(Mark the appropriate space below)*

__✓__  **YES**, Firehouse Restaurant Group, Inc. **DID COMMIT FRAUD**

_____  **NO**, Firehouse Restaurant Group, Inc. **DID NOT COMMIT FRAUD**

*\* If you have checked "YES" above, then when you answer "Question 2" below you must find that there was no infringement with regard to trademark FIREHOUSE, Registration Number 3,173,030. However, you must still decide whether or not there was infringement regarding all of the remaining marks.*

## II. Plaintiffs' Claims of Trademark Infringement, False Designation of Origin, & Unfair Competition

*Question 2.*   The Plaintiffs accuse the Defendants of infringing Plaintiff Firehouse Restaurant Group, Inc.'s registered trademarks shown below. For each trademark, you must determine if the Defendants doing business as Calli Baker's Firehouse Bar & Grill infringed that particular trademark. The Plaintiffs must prove the infringement by a preponderance of the evidence. After you have deliberated and reach an unanimous verdict as to each trademark, you should check the appropriate box and indicate whether or not you found infringement as to the particular trademark.

*(Mark "YES" or "NO" for each mark below)*

| IS THE MARK INFRINGED? | | MARK | REG. NO. | CLASS/USE |
|---|---|---|---|---|
| YES ___ | NO ✓ | [dog figure] firehouse | 1,903,135 | Restaurant Services |
| YES ___ | NO ✓ | FIREHOUSE EST. 1994 SUBS | 1,983,934 | Restaurant Services, Providing of Food and Drink |
| YES ___ | NO ✓ | **FIREHOUSE SUBS** | 2,606,263 | Restaurant Services specializing in submarine style sandwiches for public consumption |

| IS THE MARK INFRINGED? | | MARK | REG. NO. | CLASS/USE |
|---|---|---|---|---|
| YES____ | NO ✓ | [Firehouse Subs American Dream Ownership Program logo] | 2,756,249 | Conducting employee incentive award programs to promote ownership of employee-owned franchise restaurants |
| YES____ | NO ✓ | [FIREHOUSE SUBS logo] | 2,795,059 | Charitable Fund Raising |
| YES____ | NO ✓ | FIREHOUSE SUBS | 2,795,060 | Charitable Fund Raising |
| YES____ | NO ✓ | [FIREHOUSE SUBS logo] | 2,866,824 | Clothing, namely t-shirts, golf shirts and polo shirts |
| YES____ | NO ✓ | FIREHOUSE | 3,000,715 | Clothing, namely shirts |
| YES____ | NO ✓ | FIREHOUSE SUBS FIRST RESPONDER RELIEF FUND | 3,006,000 | Charitable fundraising; charitable fundraising services for victims of natural disasters and other catastrophes |
| YES____ | NO ✓ | [FIREHOUSE SUBS Feed the Fire logo] | 3,006,002 | Charitable fundraising, namely, a fund for victims of natural disasters and other catastrophes |
| YES____ | NO ✓ | [FIREHOUSE SUBS logo] | 3,012,834 | Restaurant Franchising |
| YES____ | NO ✓ | [FIREHOUSE SUBS logo] | 3,012,835 | Restaurant Services |
| YES____ | NO ✓ | FIREHOUSE SUBS | 3,014,796 | Restaurant Franchising |
| YES____ | NO ✓ | FIREHOUSE STEAK SUB | 3,017,189 | sandwiches |
| YES____ | NO ✓ | FIREHOUSE "HERO" SUB | 3,017,190 | sandwiches |
| YES____ | NO ✓ | FIREHOUSE SUBS | 3,027,225 | Cereal based snack foods; foods, namely cookies and brownies |

| IS THE MARK INFRINGED? | | MARK | REG. NO. | CLASS/USE |
|---|---|---|---|---|
| YES_____ | NO __✓__ | FIREHOUSE SUBS (logo) | 3,027,226 | Cereal based snack foods; foods, namely cookies and brownies |
| YES_____ | NO __✓__ | FIREHOUSE SUBS | 3,031,377 | Pastries and desert items, namely cookies and brownies |
| YES_____ | NO __✓__ | FIREHOUSE SUBS (logo) | 3,031,378 | Pastries and desert items, namely cookies and brownies |
| YES_____ | NO __✓__ | FIREHOUSE PARTY PLATTERS | 3,034,141 | Catering services and restaurant services |
| YES_____ | NO __✓__ | FIREHOUSE SUBS | 3,063,736 | Stickers |
| YES_____ | NO __✓__ | FIREHOUSE SUBS (logo) | 3,063,737 | Stickers |
| YES_____ | NO __✓__ | FIREHOUSE SUBS | 3,065,955 | Bags, namely paper bags |
| YES_____ | NO __✓__ | FIREHOUSE SUBS | 3,070,837 | Hats; toy vehicles |
| YES_____ | NO __✓__ | FIREHOUSE SUBS (logo) | 3,070,838 | Hats; toy vehicles |
| YES_____ | NO __✓__ | FIREHOUSE SUBS (logo) | 3,070,844 | Bags, namely paper bags |
| YES_____ | NO __✓__ | FIREHOUSE SUBS (logo) | 3,082,197 | Paper for wrapping and packaging of food |
| YES_____ | NO __✓__ | FIREHOUSE SUBS | 3,082,196 | Paper for wrapping and packaging of food |
| YES_____ | NO __✓__ | FIREHOUSE | 3,173,030 | Restaurant Services |
| YES_____ | NO __✓__ | FIREHOUSE SUBS Feed the Fire (logo) | 3,136,447 | Restaurant Services |

| IS THE MARK INFRINGED? | | MARK | REG. NO. | CLASS/USE |
|---|---|---|---|---|
| YES ___ | NO ✓ | FIREHOUSE SUBS Feed the Fire. | 3,136,446 | Restaurant Franchising |
| YES ___ | NO ✓ | FIREHOUSE SUBS | 3,261,752 | Gift cards; Magnetically encoded credit cards |
| YES ___ | NO ✓ | FIREHOUSE FUNDS | 3,330,363 | Magnetically encoded credit cards |
| YES ___ | NO ✓ | FIREHOUSE SUBS | 3,382,694 | Financial services in the field of money lending; Consumer lending services |



Jury Foreperson

Florence, South Carolina
August 19, 2011